Two (2) Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 9:21-778 |
|---|---|
| | 18 U.S.C. § 2 |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A) |
| v. | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 846 |
| | 21 U.S.C. § 853 |
| | 21 U.S.C. § 881 |
| SEALED INDICTMENT | 28 U.S.C. § 2461(c) |

A True Bill                                BILL

FOREPERSON

The within Indictment was received and sealed by the Court at 1:34 a.m./p.m. on November 16, 2021.

☐ (Single-defendant case only): Upon the arrest of the defendant, it is ordered that the Indictment be unsealed.

☒ (Single and multi-defendant cases): When a named defendant is arrested, the United States Attorney is authorized to disclose an appropriately redacted copy of the Indictment to the United States Magistrate Judge, that defendant, that defendant's attorney (if any), and the United States Probation Office. The Indictment is to remain sealed until further order of the Court.

All Bench Warrants and any documents related to service are to be issued under seal.

_____
UNITED STATES MAGISTRATE JUDGE

November 16, 2021

Columbia, South Carolina